IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| Funk, *et al.* | * |
| On behalf of themselves and other members of the general public similarly situated, | * Case No. 3:17-CV-260 * Judge Walter Herbert Rice |
| Plaintiffs, | * |
| v. | * |
| Airstream, Inc., *et al*, | * |
| Defendants. | * |

Upon the Parties' Joint Motion to Vacate Preliminary Pretrial Conference Order and Schedule Telephone Conference, and upon finding such Joint Motion well-taken, it is hereby **ORDERED, ADJUDGED, and DECREED** that the December 18, 2017 Preliminary Pretrial Conference Order (ECF No. 5), together with all associated deadlines, is vacated. This Court further orders the Parties to submit a revised case schedule on or before October 2, 2018. This matter is further set for a telephone conference on October 5, 2018 at 4:45 P.M.

**IT IS SO ORDERED:**

DATE: 7-18-18

_____
JUDGE WALTER H. RICE