IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| Funk, *et al.* | * |
| On behalf of themselves and other members of the general public similarly situated, | * * * |
| Plaintiffs, | * |
| v. | * |
| Airstream, Inc., *et al*, | * |
| Defendants. | * |

Case No. 3:17-CV-260

Judge Walter Herbert Rice

**<u>PLAINTIFFS' NOTICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT</u>**

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff Sandra Funk hereby notifies this Court that Defendants Airstream, Inc. and Thor Industries, Inc. (collectively "Defendants") have offered judgment under Rule 68 (attached hereto as Exhibit A). A brief discussion regarding the import of Plaintiff Sandra Funk's acceptance of Defendants' Rule 68 Offer of Judgment on this case follows.

On January 25, 2019, Defendants made a Rule 68 Offer of Judgment as to Plaintiff Sandra Funk, and those who have opted-in and have not been dismissed from this action ("Plaintiffs") "in order to encourage settlement and avoid protracted litigation" ("Offer of Judgment"). *See* **Exhibit A**.

The Offer of Judgment provides Plaintiffs $21,338.00 for their "claims alleged in Counts I, II, and III of the First Amended Complaint (ECF No. 16)." (*See* **Exhibit A,** at ¶ **1**.) In addition, the Offer of Judgment provides Plaintiff Sandra Funk $117,053.00 for her "claims alleged in Counts IV, V, and VI of the First Amended Complaint (ECF No. 16)." (*Id.* at ¶ 3.) Finally, the

Offer of Judgment additionally offers "to pay Plaintiffs' reasonable costs and attorneys' fees as required by the Fair Labor Standards Act, 29 U.S.C. § 216, and the Family and Medical Leave Act, 29 U.S.C. § 2615, *et seq.*" "accrued as of the date of the acceptance of [the] offer and shall be in an amount agreed upon by the parties, or if they are unable to agree, as determined by the Court upon application by Plaintiffs or Plaintiffs' counsel." (*Id.* at ¶ 3.)

On January 30, 2019, Plaintiffs, through counsel, served written notice to Defendants' Counsel of Plaintiffs' acceptance of Defendants' Offer of Judgment Under Rule 68 of the Federal Rules of Civil Procedure. (*See* **Exhibit B**.) They accepted the full consideration contemplated in the Offer of Judgment. (*Id.*) Plaintiffs note that Defendants expressly disclaim that their Offer of Judgment is a final decision on the merits. (*See* **Exhibit B**.) In particular, Defendants state that the "Offer of Judgment is made for purposes of Fed. R. Civ. P. 68 only and shall not constitute or otherwise be construed as an admission of liability in any respect or be construed as an admission of any fact, finding, conclusion, issue of law, violation of law, or wrongdoing." (*Id.* at ¶ 6.) It is with this understanding under the express terms of Defendants' Offer of Judgment that Plaintiffs accepted it. (*See* **Exhibit B**.)

Further, pursuant to Rule 68(a), Plaintiffs herein file the respective Rule 68 Offer (*See* **Exhibit A**), Plaintiffs' Notice of Acceptance (*See* **Exhibit B**), and the below certification of service. Accordingly, pursuant to Rule 68(a), judgment must be entered without trial or hearing. A proposed order is being submitted to chambers.

Dated: January 30, 2019

Respectfully Submitted,

| | |
|---|---|
| */s/ Matthew J.P. Coffman* | */s/ Daniel I. Bryant* |
| Matthew J.P. Coffman (0085586) | Daniel I. Bryant (0090859) |
| **COFFMAN LEGAL, LLC** | **BRYANT LEGAL, LLC** |
| 1550 Old Henderson Road | 1550 Old Henderson Road |
| Suite 126 | Suite 126 |
| Columbus, Ohio 43220 | Columbus, Ohio 43220 |
| Phone: 614-949-1181 | Phone: 614-704-0546 |
| Fax: 614-386-9964 | Fax: 614-573-9826 |
| Email: mcoffman@mcoffmanlegal.com | Email: dbryant@bryantlegalllc.com |

*Attorneys for Named Plaintiffs and those similarly situated*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically served on all parties noted on the Court's electronic filing system via email on the 30th day of January, 2019.

*/s/ Daniel I. Bryant*
Daniel I. Bryant