AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| Funk, et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Civil Action No. 3:17-cv-260 |
| Airstream, Inc., et al, | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: judgment to be entered against Defendants in favor of Plaintiffs for $21,338.00. The Court further hereby directs judgment to be entered against Defendants in favor of Plaintiff Sandra Funk for $117,053.00 for her claims alleged in Counts IV, V, and VI of the First Amended Complaint.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Walter H. Rice on a motion for Court Order.

Date: 131/2019

CLERK OF COURT

*(signature)*
Signature of Clerk or Deputy Clerk